# Exhibit B.1

**HCDistrictclerk.com**      MASCIARELLI, KELLY vs. WELLS FARGO BANK N A        8/2/2013
                             Cause: 201343544      CDI: 7      Court: 234

## APPEALS
No Appeals found.

## COST STATMENTS
No Cost Statments found.

## TRANSFERS
No Transfers found.

## POST TRIAL WRITS
No Post Trial Writs found.

## ABSTRACTS
No Abstracts found.

## SUMMARY

### CASE DETAILS

| | | COURT DETAILS | |
|---|---|---|---|
| **File Date** | 7/25/2013 | **Court** | 234th |
| **Case (Cause) Location** | Civil Intake 1st Floor | **Address** | 201 CAROLINE (Floor: 13) HOUSTON, TX 77002 Phone:7133686350 |
| **Case (Cause) Status** | Active - Civil | | |
| **Case (Cause) Type** | CONTRACT | **JudgeName** | WESLEY R. WARD |
| **Next/Last Setting Date** | 8/5/2013 | **Court Type** | Civil |
| **Jury Fee Paid Date** | N/A | | |

## ACTIVE PARTIES

| Name | Type | Post Jdgm | Attorney |
|---|---|---|---|
| MASCIARELLI, KELLY | PLAINTIFF - CIVIL | | VILT, ROBERT C. |
| WELLS FARGO BANK N A | DEFENDANT - CIVIL | | |
| FEDERAL HOME LOAN MORTGAGE CORPORATION | DEFENDANT - CIVIL | | |
| WELLS FARGO BANK N A C/O CORPORATE OFFICER | REGISTERED AGENT | | |
| 90 S 7TH STREET MAC N9305-164, MINNEAPOLIS, MN 55479-0001 | | | |
| FEDERAL HOME LOAN MORTGAGE CORPORATION C/O CORPORATE OFFICER | REGISTERED AGENT | | |
| 5000 PLANO PARKWAY, CARROLLTON, TX 75010 | | | |

## INACTIVE PARTIES
No inactive parties found.

## JUDGMENT/EVENTS

| Date | Description | Order | Post | Pgs | Volume | Filing | Person |
|---|---|---|---|---|---|---|---|

Office of Harris County District Clerk - Chris Daniel                                    Page 2 of 3

| | | Signed | Jdgm | /Page | Attorney | Filing |
|---|---|---|---|---|---|---|
| 7/25/2013 | ORDER SIGNED GRANTING TEMPORARY RESTRAINING ORDER | 7/25/2013 | 2 | | | |
| 7/25/2013 | MOTION FOR TEMPORARY RESTRAINING ORDER GRANTED | | 0 | | | |
| 7/25/2013 | APPEARANCE ON TEMPORARY INJ OR TEMPORARY RESTRAINING ORD | | 0 | | | |
| 7/25/2013 | ORIGINAL PETITION | | 0 | | VILT, ROBERT C. | MASCIARELLI, KELLY |
| 7/25/2013 | ORDER SIGNED SETTING HEARING | 7/25/2013 | 2 | | | |
| 7/25/2013 | ORDER SETTING BOND SIGNED | 7/25/2013 | 2 | | | |

## SETTINGS

| Date | Court Post Jdgm | Docket Type | Reason | Results | Comments | Requesting Party |
|---|---|---|---|---|---|---|
| 8/05/2013 01:30 PM | 234 | Law Day Docket | TEMPORARY INJUNCTION | | | |

## SERVICES

| Type | Status | Instrument | Person | Requested | Issued | Served | Returned | Received | Tracking | Deliver To |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | WELLS FARGO BANK N A C/O CORPORATE OFFICER | | | | | | 72931594 | |
| | | | 90 S 7TH STREET MAC N9305-164 MINNEAPOLIS MN 55479 | | | | | | | |
| CITATION CORPORATE | SERVICE ISSUED/IN POSSESSION OF SERVING AGENCY | AMENDED ORIGINAL PETITION | FEDERAL HOME LOAN MORTGAGE CORPORATION C/O CORPORATE OFFICER | 7/25/2013 | 7/31/2013 | | | | 72931595 | CIV AGCY-CIVILIAN SERVICE AGENCY |
| TEMPORARY RESTRAINING ORDER (NON-RESIDENT) | SERVICE ISSUED/IN POSSESSION OF SERVING AGENCY | TEMPORARY RESTRAINING ORDER | WELLS FARGO BANK N A C/O CORPORATE OFFICER | 7/25/2013 | 7/31/2013 | | | | 72931596 | CIV AGCY-CIVILIAN SERVICE AGENCY |
| TEMPORARY RESTRAINING ORDER | SERVICE ISSUED/IN POSSESSION OF SERVING AGENCY | TEMPORARY RESTRAINING ORDER | FEDERAL HOME LOAN MORTGAGE CORPORATION C/O CORPORATE | 7/25/2013 | 7/31/2013 | | | | 72931597 | CIV AGCY-CIVILIAN SERVICE AGENCY |

OFFICER

## DOCUMENTS

| Number | Document | Post Jdgm | Date | Pgs |
|--------|----------|-----------|------|-----|
| 56731740 | Plaintiff's Original Petition, Application For Injunctive Relief, And Request For Disclosures | | 07/25/2013 | 8 |
| -> 56731741 | 1.Exhibit 1 | | 07/25/2013 | 1 |
| -> 56731742 | 1.Exhibit 2 | | 07/25/2013 | 1 |
| -> 56731743 | 1.Exhibit 3 | | 07/25/2013 | 1 |
| -> 56731746 | Affidavit Of Kelly Masciarelli | | 07/25/2013 | 2 |
| -> 56731748 | Civil Case Information Sheet | | 07/25/2013 | 1 |
| -> 56731757 | Civil Process Request | | 07/25/2013 | 1 |
| -> 56731747 | Proposed Temporary Restraining Order And Order Setting Hearing For Temporary Injunction | | 07/25/2013 | 2 |
| 56746454 | ORDER SIGNED SETTING HEARING | | 07/25/2013 | 2 |
| | ORDER SETTING BOND SIGNED | | 07/25/2013 | |
| | ORDER SIGNED GRANTING TEMPORARY RESTRAINING ORDER | | 07/25/2013 | |

# Exhibit B.2

8P

2013-43544

CAUSE NO. _____

| | | |
|---|---|---|
| KELLY MASCIARELLI | § | IN THE DISTRICT COURT |
| v. | § | OF HARRIS COUNTY, TEXAS |
| WELLS FARGO BANK, N.A. AND FEDERAL HOME LOAN MORTGAGE CORPORATION | § | _____ JUDICIAL DISTRICT |

FILED
Chris Daniel
District Clerk
JUL 25 2013
By _____
Harris County

## PLAINTIFF'S ORIGINAL PETITION, APPLICATION FOR INJUNCTIVE RELIEF, AND REQUEST FOR DISCLOSURES

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, Kelly Masciarelli, Plaintiff herein, filing this her Original Petition, Application for Injunctive Relief, and Request for Disclosures complaining of Wells Fargo Bank, N.A. as well as Federal Home Loan Mortgage Corporation, Defendants herein, and for causes of action would respectfully show the Court as follows:

### DISCOVERY

1.    Plaintiff intends to conduct discovery under Texas Rules of Civil Procedure 190.3 (Level 2).

### PARTIES

2.    Kelly Masciarelli is an individual who resides in Harris County, Texas and may be served with process on the undersigned legal counsel.

3.    Wells Fargo Bank, N.A. is an entity formed under the laws of the State of Minnesota which conducts business in Harris County, Texas and may be served with process on its registered agent as follows:

> Wells Fargo Bank, N.A.
> c/o Corporate Officer
> 90 S. 7th Street, MAC N9305-164
> Minneapolis, MN 55479-0001

4.    Federal Home Loan Mortgage Corporation is a United States corporation chartered by Congress which conducts business in Harris County, Texas and may be served with process as follows:

CONFIRMED FILE DATE: 7/25/2013

Certified Document Number: 56731740 - Page 1 of 8

Federal Home Loan Mortgage Corporation
c/o Corporate Officer
5000 Plano Parkway
Carrollton, Texas 75010

## JURISDICTION AND VENUE

5.　　The Court has jurisdiction over Wells Fargo Bank, N.A. because the Defendant is an entity formed under the laws of the State of Minnesota which conducts business in Harris County, Texas. The Court has jurisdiction over Federal Home Loan Mortgage Corporation because this Defendant is a United States corporation chartered by Congress which conducts business in Harris County, Texas.

6.　　The Court has jurisdiction over the controversy because the damages are within the jurisdictional limits of the Court. Venue is mandatory in Harris County, Texas because the subject matter of this lawsuit involves the recovery of real property and removal of an encumbrance on real property which is located in Harris County, Texas. Further, all or a substantial part of the events or omissions giving rise to the Plaintiff's causes of action occurred in Harris County, Texas thus venue is proper under §15.002(a)(1) of the Texas Civil Practice and Remedies Code.

## RELEVANT FACTS

7.　　The subject matter of this lawsuit is the real property and the improvements thereon located at 3723 Bear Lake Drive, Kingwood, Texas 77345 (the "Property").

8.　　The Property was purchased by Janice Masciarelli and Kelly Masciarelli on or about July 17, 2006. During the process of purchasing the Property, Janice Masciarelli and Kelly Masciarelli executed a Note in the amount of One Hundred Eighteen Thousand Four Hundred and 00/100 Dollars ($118,400.00) as well as a Deed of Trust with Wells Fargo Bank, N.A. ("Wells Fargo") as the Lender.

9.　　Upon information and belief, Wells Fargo also acted as the loan servicer.

10.　　Janice Masciarelli passed away during the term of the loan and Kelly Masciarelli ("Masciarelli") inherited her mother's interest in the Property. A true and correct copy of Florida

Certificate of Death for Janice Masciarelli is attached hereto as Exhibit "1" and incorporated herein for all purposes. Also, attached hereto as Exhibit "2" and incorporated herein fro all purposes is the holographic will of Janice Masciarelli. In addition, attached hereto as Exhibit "3" and incorporated herein for all purposes is the related directive dated April 30, 2012 issued by Anita Rosenthal (administrator of Janice Masciarelli's estate) regarding the Property.

11.     Masciarelli informed Wells Fargo of Janice Masciarelli's death and that Masciarelli had inherited her ownership interest in the Property. As such, Masciarelli continued to make timely payments on the Note without any objection from Wells Fargo. In that regard, Wells Fargo's representatives informed her that they would honor the existing loan agreement so long as she complied its terms and conditions. Unfortunately, a dispute arose regarding the proceeds from a property insurance claim paid by USAA. Initially Wells Fargo claimed that they could not find the insurance check; however, upon persistent questioning by Masciarelli, the insurance check was mysteriously located. Apparently, the Wells Fargo bank manager "discovered" the missing check, after being "motivated" by a letter from USAA stating that the missing check (which was made payable to the Plaintiff and Wells Fargo but NOT Janice Masciarelli) had not been cashed and the Plaintiff accused the Wells Fargo bank manager of foul play since he had faxed the check to the Wells Fargo mortgage department. However, as a result of the aforementioned series of events, Wells Fargo refused to accept any further mortgage payments from Masciarelli and, instead, returned all further payments on the Note.

12.     Masciarelli continued to work with Wells Fargo to remedy the situation and thought that the discrepancy had been resolved until she was served with a Suit to Evict which had been filed by Federal Home Loan Mortgage Corporation ("Freddie Mac").

13.     Accordingly, the Plaintiff alleges that Wells Fargo wrongfully conducted a foreclosure sale of her Property on April 02, 2013 [in violation of the Note and Deed of Trust as well as the Texas Property Code] and sold the Property to Freddie Mac in defiance of the Plaintiff's legal rights. In addition, the Plaintiff alleges that Freddie Mac wrongfully attempted to enter upon and dispossess her of her Property to evict her during the process leading up to and

when filing their Suit to Evict.

### FIRST CAUSE OF ACTION:
### <u>TRESPASS TO TRY TITLE</u>

14.    To the extent not inconsistent herewith, Kelly Masciarelli ("Masciarelli") incorporates by reference the allegations made in paragraphs 1 through 13 as if set forth fully herein.

15.    Masciarelli is entitled to a cause of action against Freddie Mac for trespass to try title because:

    A.    Masciarelli has physical possession of the Property;

    B.    Masciarelli owned or possessed the Property at the time of the injury;

    C.    Freddie Mac physically, intentionally, and voluntarily entered Masciarelli's Property; and

    D.    Freddie Mac's trespass caused an injury to Masciarelli's right of possession.

### SECOND CAUSE OF ACTION:
### <u>BREACH OF CONTRACT</u>

16.    To the extent not inconsistent herewith, Masciarelli incorporates by reference the allegations made in paragraphs 1 through 15 as if set forth fully herein.

17.    The actions committed by Wells Fargo constitute a breach of contract because:

    A.    There exists a valid, enforceable contract between Masciarelli;

    B.    Masciarelli has standing to sue for breach of contract;

    C.    Masciarelli performed, tendered performance, or was excused from performing their contractual obligations;

    D.    Wells Fargo breached the contract; and

    E.    The breach of contract by Wells Fargo caused Masciarelli's injury.

**THIRD CAUSE OF ACTION:**
**COMMON LAW FRAUD**

18.     To the extent not inconsistent herewith, Masciarelli incorporates by reference the allegations made in paragraphs 1 through 17 as if set forth fully herein.

19.     The actions committed by Wells Fargo constitute common law fraud because Wells Fargo made false and material representations to Masciarelli when informing Masciarelli that they would honor the existing loan agreement so long as she complied all of its terms and conditions. Wells Fargo knew that the representations were false or made these representations recklessly, as a positive assertion, and without knowledge of its truth. In addition, Wells Fargo made these representations with the intent that Masciarelli act on them and Masciarelli relied on these representations which caused Masciarelli's injury.

**DAMAGES:**
**ACTUAL DAMAGES**

20.     The Plaintiff is entitled to recover her actual damages from the Defendants for which the Plaintiff plead in an amount which does not exceed the jurisdictional limits of this Court.

**EXEMPLARY DAMAGES**

21.     The Plaintiff is entitled to recover her exemplary damages from the Defendants for which the Plaintiff plead in an amount which does not exceed the jurisdictional limits of this Court.

**ATTORNEYS' FEES**

22.     The Plaintiff was forced to employ the undersigned attorneys to represent her and have agreed to pay them reasonable attorneys' fees for their services. The Plaintiff are entitled to recover their reasonable attorneys' fees pursuant to Chapter 38 of the Texas Civil Practices & Remedies Code.

## CONDITIONS PRECEDENT

23.     All conditions precedent to the Plaintiff's right to bring these causes of action have been performed, have occurred, or have been waived.

## REQUEST FOR DISCLOSURES

24.     Wells Fargo Bank, N.A. and Federal Home Loan Mortgage Corporation are hereby requested to disclose to Kelly Masciarelli, within 50 days of service of this request, the information and material described in Rule 194 of the Texas Rules of Civil Procedure.

## APPLICATION FOR TEMPORARY RESTRAINING ORDER

25.     To the extent not inconsistent herewith, the Plaintiff incorporates by reference the allegations made in paragraph 1 through paragraph 23 as if set forth fully herein.

26.     Unless the Defendants are enjoined, the Plaintiff will suffer probable harm which is imminent and irreparable. More specifically, if not enjoined, the Defendants may sell the Property at any time during the pendency of this matter thus depriving the Plaintiff of ownership of the Property and potentially causing the Plaintiff to be dispossessed of the Property. Further, the Defendants may take legal action to evict or otherwise cause the Plaintiff to be dispossessed of the Property. The Plaintiff has no adequate remedy at law because the subject matter is real property, and any legal remedy of which Plaintiff may avail himself will not give him as complete, equal, adequate, and final a remedy as the injunctive relief sought in this Application.

27.     Therefore, the Plaintiff request that this Court issue a Temporary Restraining Order and, thereafter, a Temporary Injunction, to restrain the Defendants from selling the real property which is the subject matter of this lawsuit and is commonly known as 3723 Bearlake Drive, Kingwood, Texas 7345 as well as from taking any legal action to evict the Plaintiff and any other occupants from the aforementioned property or enforcing a writ of possession regarding the aforementioned property.

28.     The Plaintiff further request that, upon trial on the merits, the Defendants be permanently enjoined from the same acts listed in Paragraph 27 above.

29.    The Plaintiff is likely to prevail on the merits of the lawsuit as described above.

30.    The granting of the relief requested is not inconsistent with public policy considerations.

### BOND

31.    The Plaintiff is willing to post a reasonable temporary restraining order bond and request that the Court set such bond.

### PRAYER

WHEREFORE, PREMISES CONSIDERED, the Plaintiff respectfully requests that:

A.    The Defendants be cited to appear and answer herein;

B.    The Court conduct a hearing on the Plaintiff's Application for Injunctive Relief;

C.    A temporary restraining order be issued restraining the Defendants, their agents, employees, officers, directors, shareholders, and legal counsel, and those acting in concert or participation with them who receive actual notice of the Order, by personal service or otherwise, from selling the real property which is the subject matter of this lawsuit and is commonly known as 3723 Bearlake Drive, Kingwood, Texas 77345 as well as from taking any legal action to evict the Plaintiff and any other occupants from the aforementioned property or enforcing a writ of possession regarding the aforementioned property ;

D.    A Permanent Injunction be entered restraining the Defendants from the same acts listed in Paragraph C above; and

E.    Upon final hearing or trial hereof, the Court order a judgment in Kelly Masciarelli against Wells Fargo Bank, N.A. as well as Federal National Mortgage Corporation, jointly and severally, for actual damages, exemplary damages, reasonable attorneys' fees, and all costs of court, and such other and further relief, both general and special, at law or in equity, to which the Plaintiff may be entitled.

Respectfully submitted,

VILT AND ASSOCIATES, P.C.

By: _____
      ROBERT C. VILT
      Texas Bar Number 00788586
5177 Richmond Avenue, Suite 1230
Houston, Texas 77056
Telephone:    713.840.7570
Facsimile:    713.877.1827
ATTORNEYS FOR PLAINTIFF



I, Chris Daniel, District Clerk of Harris
County, Texas certify that this is a true and
correct copy of the original record filed and or
recorded in my office, electronically or hard
copy, as it appears on this date.
Witness my official hand and seal of office
this   August 2, 2013

Certified Document Number:        56731740 Total Pages:  8

Chris Daniel, DISTRICT CLERK
HARRIS COUNTY, TEXAS

**In accordance with Texas Government Code 406.013 electronically transmitted authenticated documents are valid. If there is a question regarding the validity of this document and or seal please e-mail support@hcdistrictclerk.com**

STATE OF FLORIDA

## OFFICE of VITAL STATISTICS

### CERTIFIED COPY

RECORDER'S MEMORANDUM
This instrument is of poor quality
at the time of imaging

CONFIRMED FILE DATE: 7/25/2013

VOID IF ALTERED OR ERASED

Certified Document Number: 56731741 - Page 1 of 1

EXHIBIT
2

## FLORIDA CERTIFICATE OF DEATH

| DECEDENT'S NAME | | | SEX |
|---|---|---|---|
| Janice | L. | Masciarelli | Female |

| DATE OF BIRTH | AGE | | DATE OF DEATH |
|---|---|---|---|
| November 14, 1936 | 70 | | June 8, 2007 |

| SOCIAL SECURITY NUMBER | BIRTHPLACE | COUNTY OF DEATH |
|---|---|---|
| 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 | Heller, Kentucky | Miami-Dade |

| PLACE OF DEATH | |
|---|---|
| Mount Sinai Medical Center | Miami Beach |

| STATE | COUNTY | CITY, TOWN OR LOCATION |
|---|---|---|
| Florida | Miami-Dade | Miami |

| STREET ADDRESS | ZIP |
|---|---|
| 19725 Northwest 12th Court | 33169 |

DECEDENT'S USUAL OCCUPATION: Personal Director

FATHER'S NAME: Ragnar Lakins
MOTHER'S NAME: Ruby Ireland Trost

INFORMANT: Anita R. Forshaw — Daughter — Florida
17663 42nd Rose North — Loxahatchee — 33470

PLACE OF DISPOSITION: Fred Hunters Crematory — Florida — Hollywood

NAME OF FUNERAL FACILITY: Joseph A. Scarano Pines Memorial Chapel — Florida
Pembroke Pines — 9000 Pines Boulevard — 33024

LICENSE NUMBER: OS 5077
CERTIFIER: William D. Kirsh Do. HPM — 1691 Michigan Avenue Ste 500 — Miami Beach — 33139

DATE: JUN 18 2007

PROBABLE MANNER OF DEATH:

CAUSE OF DEATH — PART I:
Cardiac Arrest
Respiratory Failure
Metastatic Large Cell Carcinoma Lungs of the Lung
Large Cell Carcinoma Lungs Lung Tissue

WARNING:
THIS DOCUMENT CONTAINS A MULTI-COLORED BACKGROUND. HOLD AND EMBOSSED SEAL. THE BACK CONTAINS SPECIAL LINES AND SEALS IN THERMOCHROMIC INK
DH FORM 1847

JUN 19 2007

HEALTH

33835582   CERTIFICATION OF VITAL RECORD

* 3 3 8 3 5 5 8 2 *



I, Chris Daniel, District Clerk of Harris
County, Texas certify that this is a true and
correct copy of the original record filed and or
recorded in my office, electronically or hard
copy, as it appears on this date.
Witness my official hand and seal of office
this   August 2, 2013

Certified Document Number:        56731741 Total Pages:  1

Chris Daniel, DISTRICT CLERK
HARRIS COUNTY, TEXAS

**In accordance with Texas Government Code 406.013 electronically transmitted authenticated
documents are valid. If there is a question regarding the validity of this document and or seal
please e-mail support@hcdistrictclerk.com**

RECORDER'S MEMORANDUM
This instrument is of poor quality
at the time of imaging

Dec1, 2007



EXHIBIT
2

To Whom it May Concern

My Daughter Anita Rosenthal Fashuro is the Executive of my Estate, she has all Rights to Make any Decision Regarding My Estate, Regarding Health, Money, Houses, Bank Acount Etc., also she will have all wrights to Make Decision after My Death.

Thank you

Janie L Mascianelli

CYNTHIA L. WHITE
Commission # DD 838227
Expires February 27, 2014



Cynthia L White

17.1.2007

CONFIRMED FILE DATE: 7/25/2013

Certified Document Number: 56731742 - Page 1 of 1



I, Chris Daniel, District Clerk of Harris
County, Texas certify that this is a true and
correct copy of the original record filed and or
recorded in my office, electronically or hard
copy, as it appears on this date.
Witness my official hand and seal of office
this ___August 2, 2013___

Certified Document Number: ___56731742 Total Pages: 1___

*Chris Daniel*

Chris Daniel, DISTRICT CLERK
HARRIS COUNTY, TEXAS

**In accordance with Texas Government Code 406.013 electronically transmitted authenticated documents are valid. If there is a question regarding the validity of this document and or seal please e-mail support@hcdistrictclerk.com**

CONFIRMED FILE DATE: 7/25/2013

RECORDER'S MEMORANDUM
This instrument is of poor quality
at the time of imaging



**EXHIBIT**

**3**

To Whom It May Concern:

I Anita Rosenthal, a.k.a Anita Rosenthal Forshaw give permission to my sister Kelly Masciarelli to handle all of my personal issues regarding home at 3723 Bear Lakes Drive, Kingwood, Texas 77345. This also includes Home, Finances and Tax refunds.

If you have any questions regarding this matter, please feel free to contact me at any time.

Sincerely,

Anita Rosenthal

4/30/2012

561-386-5501



CYNTHIA L WHITE
Commission # DD 936227
Expires February 27, 2014
Bonded Thru Troy Fain Insurance 800-385-7019

Certified Document Number: 56731743 - Page 1 of 1



I, Chris Daniel, District Clerk of Harris
County, Texas certify that this is a true and
correct copy of the original record filed and or
recorded in my office, electronically or hard
copy, as it appears on this date.
Witness my official hand and seal of office
this   August 2, 2013

Certified Document Number:        56731743 Total Pages:  1

Chris Daniel, DISTRICT CLERK
HARRIS COUNTY, TEXAS

**In accordance with Texas Government Code 406.013 electronically transmitted authenticated
documents are valid. If there is a question regarding the validity of this document and or seal
please e-mail support@hcdistrictclerk.com**

2013-43544

**RECORDER'S MEMORANDUM**
This instrument is of poor quality
at the time of imaging

FILED
Chris Daniel
District Clerk
JUL 25 2013
Harris County, Texas
By _____ Deputy

CONFIRMED FILE DATE: 7/25/2013

CAUSE NO. _____

| | | |
|---|---|---|
| KELLY MASCIARELLI | § | IN THE DISTRICT COURT |
| v. | § | OF HARRIS COUNTY, TEXAS |
| WELLS FARGO BANK, N.A. AND FEDERAL HOME LOAN MORTGAGE CORPORATION | § § § | |
| | § | _____ JUDICIAL DISTRICT |
| STATE OF TEXAS | § | |
| COUNTY OF HARRIS | § § | KNOW ALL MEN BY THESE PRESENTS: |

## AFFIDAVIT OF KELLY MASCIARELLI

BEFORE ME, the undersigned authority, on this day personally appeared Kelly Masciarelli who, being duly sworn, deposes and says:

1.  "My name is Kelly Masciarelli. I am the Plaintiff in the above-captioned lawsuit. I have read the Plaintiff's Original Petition, Application for Injunctive Relief, and Request for Disclosures to which this Affidavit relates and offer this Affidavit in support of the statements and arguments asserted therein.

2.  The subject matter of this lawsuit is the real property and the improvements thereon located at 3723 Bear Lake Drive, Kingwood, Texas 77345 (the "Property").

3.  Janice Masciarelli, my mother, and I purchased the Property on or about July 17, 2006. During the process of purchasing the Property, we executed a Note in the amount of One Hundred Eighteen Thousand Four Hundred and 00/100 Dollars ($118,400.00) as well as a Deed of Trust with Wells Fargo Bank, N.A. ("Wells Fargo") as the Lender.

4.  Upon information and belief, Wells Fargo also acted as the loan servicer.

5.  My mother passed away during the term of the loan and I inherited her interest in the Property.

6.  I informed Wells Fargo of my mother's death and that I had inherited her ownership interest in the Property. As such, I continued to make timely payments on the Note without any objection from Wells Fargo. In that regard, Wells Fargo's representatives informed me that they would honor the existing loan agreement so long as I complied its terms and conditions. Unfortunately, a dispute arose regarding the proceeds from a property insurance claim paid by USAA. Initially Wells Fargo claimed that they could not find the insurance check; however, upon persistent questioning by me, the insurance check was mysteriously located. Apparently, the Wells Fargo bank manager "discovered" the missing check, after being "motivated" by a letter from USAA stating that the missing check (which was made payable to Wells Fargo and I but NOT Janice Masciarelli) had not been cashed and I accused the Wells Fargo bank manager of foul play since he had faxed the check to the Wells Fargo mortgage department. However, as a result of the aforementioned series of events, Wells Fargo refused to accept any further



I, Chris Daniel, District Clerk of Harris
County, Texas certify that this is a true and
correct copy of the original record filed and or
recorded in my office, electronically or hard
copy, as it appears on this date.
Witness my official hand and seal of office
this   August 2, 2013

Certified Document Number:        56731746 Total Pages:  2

Chris Daniel, DISTRICT CLERK
HARRIS COUNTY, TEXAS

**In accordance with Texas Government Code 406.013 electronically transmitted authenticated
documents are valid. If there is a question regarding the validity of this document and or seal
please e-mail support@hcdistrictclerk.com**

# Exhibit B.3



# CIVIL CASE INFORMATION SHEET

CAUSE NUMBER *(FOR CLERK USE ONLY):* **2013-43544** COURT *(FOR CLERK USE ONLY):*

STYLED **KELLY MASCIARELLI V. WELLS FARGO BANK, N.A., ET AL**

*(e.g., John Smith v. All American Insurance Co; In re Mary Ann Jones; In the Matter of the Estate of George Jackson)*

A civil case information sheet must be completed and submitted when an original petition or application is filed to initiate a new civil, family law, probate, or mental health case or when a post-judgment petition for modification or motion for enforcement is filed in a family law case. The information should be the best available at the time of filing. This sheet, approved by the Texas Judicial Council, is intended to collect information that will be used for statistical purposes only. It neither replaces nor supplements the filings or service of pleading or other documents as required by law or rule. The sheet does not constitute a discovery request, response, or supplementation, and it is not admissible at trial.

| 1. Contact information for person completing case information sheet: | Names of parties in case: | Person or entity completing sheet is: |
|---|---|---|
| Name:<br>ROBERT C. VILT<br><br>Address:<br>5177 RICHMOND #1230<br><br>City/State/Zip:<br>HOUSTON, TX 77056<br><br>Signature:<br>*[signature]* | Email:<br>clay@viltlaw.com<br><br>Telephone:<br>+1 (713) 840-7570<br><br>Fax:<br>713-877-1827<br><br>State Bar No:<br>00788586 | Plaintiff(s)/Petitioner(s):<br>KELLY MASCIARELLI<br><br><br>Defendant(s)/Respondent(s):<br>WELLS FARGO BANK, N.A.<br><br>FEDERAL HOME LOAN<br><br>MORTGAGE CORPORATION<br><br>[Attach additional page as necessary to list all parties] | ☒ Attorney for Plaintiff/Petitioner<br>☐ Pro Se Plaintiff/Petitioner<br>☐ Title IV-D Agency<br>☐ Other:<br><br>Additional Parties in Child Support Case:<br><br>Custodial Parent:<br><br>Non-Custodial Parent:<br><br>Presumed Father: |

## 2. Indicate case type, or identify the most important issue in the case *(select only 1)*:

| Civil | | | Family Law | |
|---|---|---|---|---|
| **Contract** | **Injury or Damage** | **Real Property** | **Marriage Relationship** | **Post-Judgment Actions (non-Title IV-D)** |
| *Debt/Contract*<br>☐ Consumer/DTPA<br>☒ Debt/Contract<br>☐ Fraud/Misrepresentation<br>☐ Other Debt/Contract:<br><br>*Foreclosure*<br>☐ Home Equity—Expedited<br>☐ Other Foreclosure<br>☐ Franchise<br>☐ Insurance<br>☐ Landlord/Tenant<br>☐ Non-Competition<br>☐ Partnership<br>☐ Other Contract: | ☐ Assault/Battery<br>☐ Construction<br>☐ Defamation<br>*Malpractice*<br>☐ Accounting<br>☐ Legal<br>☐ Medical<br>☐ Other Professional<br>   Liability:<br><br>☐ Motor Vehicle Accident<br>☐ Premises<br>*Product Liability*<br>☐ Asbestos/Silica<br>☐ Other Product Liability<br>   List Product:<br><br>☐ Other Injury or Damage: | ☐ Eminent Domain/<br>   Condemnation<br>☐ Partition<br>☐ Quiet Title<br>☐ Trespass to Try Title<br>☐ Other Property:<br><br>**Related to Criminal Matters**<br>☐ Expunction<br>☐ Judgment Nisi<br>☐ Non-Disclosure<br>☐ Seizure/Forfeiture<br>☐ Writ of Habeas Corpus—<br>   Pre-indictment<br>☐ Other: | ☐ Annulment<br>☐ Declare Marriage Void<br>*Divorce*<br>☐ With Children<br>☐ No Children<br><br><br>**Other Family Law**<br>☐ Enforce Foreign<br>   Judgment<br>☐ Habeas Corpus<br>☐ Name Change<br>☐ Protective Order<br>☐ Removal of Disabilities<br>   of Minority<br>☐ Other: | ☐ Enforcement<br>☐ Modification—Custody<br>☐ Modification—Other<br><br>**Title IV-D**<br>☐ Enforcement/Modification<br>☐ Paternity<br>☐ Reciprocals (UIFSA)<br>☐ Support Order<br><br>**Parent-Child Relationship**<br>☐ Adoption/Adoption with<br>   Termination<br>☐ Child Protection<br>☐ Child Support<br>☐ Custody or Visitation<br>☐ Gestational Parenting<br>☐ Grandparent Access<br>☐ Parentage/Paternity<br>☐ Termination of Parental<br>   Rights<br>☐ Other Parent-Child: |
| **Employment** | | **Other Civil** | | |
| ☐ Discrimination<br>☐ Retaliation<br>☐ Termination<br>☐ Workers' Compensation<br>☐ Other Employment: | ☐ Administrative Appeal<br>☐ Antitrust/Unfair<br>   Competition<br>☐ Code Violations<br>☐ Foreign Judgment<br>☐ Intellectual Property | ☐ Lawyer Discipline<br>☐ Perpetuate Testimony<br>☐ Securities/Stock<br>☐ Tortious Interference<br>☐ Other: | | |
| **Tax** | | *Probate & Mental Health* | | |
| ☐ Tax Appraisal<br>☐ Tax Delinquency<br>☐ Other Tax | *Probate/Wills/Intestate Administration*<br>☐ Dependent Administration<br>☐ Independent Administration<br>☐ Other Estate Proceedings | | ☐ Guardianship—Adult<br>☐ Guardianship—Minor<br>☐ Mental Health<br>☐ Other: | |

*FILED Chris Daniel District Clerk JUL 25 2013 [stamp]*

## 3. Indicate procedure or remedy, if applicable *(may select more than 1)*:

| | | |
|---|---|---|
| ☐ Appeal from Municipal or Justice Court<br>☐ Arbitration-related<br>☐ Attachment<br>☐ Bill of Review<br>☐ Certiorari<br>☐ Class Action | ☐ Declaratory Judgment<br>☐ Garnishment<br>☐ Interpleader<br>☐ License<br>☐ Mandamus<br>☐ Post-judgment | ☐ Prejudgment Remedy<br>☐ Protective Order<br>☐ Receiver<br>☐ Sequestration<br>☒ Temporary Restraining Order/Injunction<br>☐ Turnover |

**\*\*Please open the form in Adobe Reader for the form to work properly**



CONFIRMED FILE DATE : 7/25/2013

Certified Document Number: 56731748 - Page 1 of 1



I, Chris Daniel, District Clerk of Harris
County, Texas certify that this is a true and
correct copy of the original record filed and or
recorded in my office, electronically or hard
copy, as it appears on this date.
Witness my official hand and seal of office
this   August 2, 2013

Certified Document Number:        56731748 Total Pages:  1

Chris Daniel, DISTRICT CLERK
HARRIS COUNTY, TEXAS

**In accordance with Texas Government Code 406.013 electronically transmitted authenticated
documents are valid. If there is a question regarding the validity of this document and or seal
please e-mail support@hcdistrictclerk.com**

Exhibit B.4



http://www.courthouseconnection.com
(713) 228-0502

### Civil Process Request Form

CONFIRMED FILE DATE: 7/25/2013

**FOR EACH PARTY SERVED YOU MUST FURNISH ONE (1) COPY OF THE PLEADING**
**FOR WRITS FURNISH TWO (2) COPIES OF THE PLEADING PER PARTY TO BE SERVED**

CASE NUMBER: **2013-43544** CURRENT COURT: _____ 234 _____

TYPE OF INSTRUMENT TO BE SERVED (See page 2 For Type): ORIGINAL PETITION & TRO

FILE DATE OF MOTION: _____
                     Month/    Day/    Year

SERVICE TO BE ISSUED ON (Please List Exactly As The Name Appears In The Pleading To Be Served):

1.  NAME: WELLS FARGO BANK, N.A.

    ADDRESS: 90 S. 7TH STREET, MAC N9305-164   MINNEAPOLIS, MN 55479-0001

    AGENT, (If applicable): C/O CORPORATE OFFICER

TYPE OF SERVICE/PROCESS TO BE ISSUED (See Page 2 for Specific Type):

    **SERVICE BY** (check one):
    ☐ ATTORNEY PICK-UP                        ☐ CONSTABLE
    ☒ CIVIL PROCESS SERVER – Authorized Person to Pick-Up: COURTHOUSE CO. Phone: 7132280502
    ☐ MAIL                                    ☐ CERITFIED MAIL
    ☐ PUBLICATION
        Type of Publication:  ☐ COURTHOUSE DOOR, or
                              ☐ NEWSPAPER OF YOUR CHOICE: _____

    ☐ OTHER, explain _____

2.  NAME: FEDERAL HOME LOAN MORTGAGE CORPORATION

    ADDRESS: 5000 PLANO PARKWAY,   CARROLLTON, TEXAS 75010

    AGENT, (If applicable): C/O CORPORATE OFFICER

TYPE OF SERVICE/PROCESS TO BE ISSUED (See Page 2 for Specific Type):

    **SERVICE BY** (check one):
    ☐ ATTORNEY PICK-UP                        ☐ CONSTABLE
    ☒ CIVIL PROCESS SERVER – Authorized Person to Pick-Up: COURTHOUSE CO. Phone: 7132280502
    ☐ MAIL                                    ☐ CERITFIED MAIL
    ☐ PUBLICATION
        Type of Publication:  ☐ COURTHOUSE DOOR, or
                              ☐ NEWSPAPER OF YOUR CHOICE: _____

    ☐ OTHER, explain _____

*FILED
Chris Daniel
District Clerk
JUL 25 2013
Harris County, Texas
Time:
By
Deputy*

ATTORNEY (OR ATTORNEY'S AGENT) REQUESTING SERVICE:

NAME: ROBERT C. VILT _____ TEXAS BAR NO./ID NO. 00788586

MAILING ADDRESS: 5177 RICHMOND AVENUE, SUITE 1230   HOUSTON, TX 77056

PHONE NUMBER: 713.840.7570 _____ FAX NUMBER: 713.877.1827
              Area Code   Phone Number              Area Code   Phone Number

EMAIL ADDRESS: clay@viltlaw.com

**SERVICE REQUESTS WHICH CANNOT BE PROCESSED BY THIS OFFICE WILL BE HELD FOR 30 DAYS PRIOR TO CANCELLATION. FEES WILL BE REFUNDED ONLY UPON REQUEST, OR AT THE DISPOSITION OF THE CASE SERVICE REQUESTS MAY BE REINSTATED UPON APPROPRIATE ACTION BY THE PARTIES.**



**\*\*Please open the form in Adobe Reader for the form to work properly**

Certified Document Number: 56731757 - Page 1 of 1



I, Chris Daniel, District Clerk of Harris
County, Texas certify that this is a true and
correct copy of the original record filed and or
recorded in my office, electronically or hard
copy, as it appears on this date.
Witness my official hand and seal of office
this   August 2, 2013

Certified Document Number:      56731757 Total Pages:  1

Chris Daniel, DISTRICT CLERK
HARRIS COUNTY, TEXAS

**In accordance with Texas Government Code 406.013 electronically transmitted authenticated
documents are valid. If there is a question regarding the validity of this document and or seal
please e-mail support@hcdistrictclerk.com**

Exhibit B.5

2P

CONFIRMED FILE DATE: 7/25/2013

CAUSE NO. ___2013-43544___

| | | |
|---|---|---|
| KELLY MASCIARELLI | § | IN THE DISTRICT COURT |
| v. | § | OF HARRIS COUNTY, TEXAS |
| WELLS FARGO BANK, N.A. AND FEDERAL HOME LOAN MORTGAGE CORPORATION | §§§§ | ___ JUDICIAL DISTRICT |

**FILED**
Chris Daniel
District Clerk
JUL 25 2013
Time: _____
Harris County, Texas
By _____ Deputy

## TEMPORARY RESTRAINING ORDER AND
## ORDER SETTING HEARING FOR TEMPORARY INJUNCTION

ON THIS DAY came on to be heard the Plaintiff's Application for Temporary Restraining Order. The Court, having reviewed the pleadings filed in this cause, and the arguments of legal counsel, finds there is evidence that: (i) this Court has jurisdiction and venue over these proceedings; (ii) harm is imminent and the Plaintiff will suffer irreparable harm because they are subject to an eviction from their property, and (iii) the temporary restraining order should be granted. The Court further finds that the Plaintiff will likely succeed on the merits and that without this temporary restraining order the Plaintiff will likely suffer irreparable harm for which there is no adequate remedy at law. *See* Ogden v. Coleman, 660 S.W.2D 578, 583 (Tex. App. - Corpus Christi, no writ). It is therefore

ORDERED that the Court hereby restrains the Defendants, their agents, employees, directors, shareholders, and legal counsel from selling the real property which is the subject matter of this lawsuit and is commonly known as 3723 Bear Lake Drive, Kingwood, Texas 77345 as well as from taking any legal action to evict the Plaintiff and any other occupants from the aforementioned property or enforce a writ of possession regarding the aforementioned property. It is further

ORDERED that the temporary injunction hearing is set for the _____ day of _____, 2013 starting at _____ a.m./p.m. to determine whether this temporary restraining order should be made a temporary injunction pending a full trial on the merits. It is further

Certified Document Number: 56731747 - Page 1 of 2

ORDERED that the Plaintiff's bond is hereby set at $_____, and the temporary restraining order shall issue immediately upon the Plaintiff's posting of said bond. It is further

ORDERED that this temporary restraining order expires on the _____ day of _____, 2013 at _____ a.m./p.m.

SIGNED this the _____ day of _____, 2013.

_____
JUDGE PRESIDING



I, Chris Daniel, District Clerk of Harris
County, Texas certify that this is a true and
correct copy of the original record filed and or
recorded in my office, electronically or hard
copy, as it appears on this date.
Witness my official hand and seal of office
this  <u>August 2, 2013</u>

Certified Document Number:      <u>56731747 Total Pages:  2</u>

Chris Daniel, DISTRICT CLERK
HARRIS COUNTY, TEXAS

**In accordance with Texas Government Code 406.013 electronically transmitted authenticated
documents are valid. If there is a question regarding the validity of this document and or seal
please e-mail support@hcdistrictclerk.com**

Exhibit B.6

②

TRORX
STBNX
CASO

2013-43544

CAUSE NO. _____

| | | |
|---|---|---|
| KELLY MASCIARELLI | § | IN THE DISTRICT COURT |
| | § | |
| v. | § | OF HARRIS COUNTY, TEXAS |
| | § | |
| WELLS FARGO BANK, N.A. AND | § | |
| FEDERAL HOME LOAN | § | 234 JUDICIAL DISTRICT |
| MORTGAGE CORPORATION | § | |

**FILED**
Chris Daniel
District Clerk
JUL 25 2013
Harris County, Texas
_____ Deputy
Time: _____

## TEMPORARY RESTRAINING ORDER AND
## ORDER SETTING HEARING FOR TEMPORARY INJUNCTION

ON THIS DAY came on to be heard the Plaintiff's Application for Temporary Restraining Order. The Court, having reviewed the pleadings filed in this cause, and the arguments of legal counsel, finds there is evidence that: (i) this Court has jurisdiction and venue over these proceedings; (ii) harm is imminent and the Plaintiff will suffer irreparable harm because they are subject to an eviction from their property, and (iii) the temporary restraining order should be granted. The Court further finds that the Plaintiff will likely succeed on the merits and that without this temporary restraining order the Plaintiff will likely suffer irreparable harm for which there is no adequate remedy at law. *See* Ogden v. Coleman, 660 S.W.2D 578, 583 (Tex. App. - Corpus Christi, no writ). It is therefore

ORDERED that the Court hereby restrains the Defendants, their agents, employees, directors, shareholders, and legal counsel from selling the real property which is the subject matter of this lawsuit and is commonly known as 3723 Bear Lake Drive, Kingwood, Texas 77345 as well as from taking any legal action to evict the Plaintiff and any other occupants from the aforementioned property or enforce a writ of possession regarding the aforementioned property. It is further

ORDERED that the temporary injunction hearing is set for the 5th day of August_____, 2013 starting at 1:30 a.m./p.m. to determine whether this temporary restraining order should be made a temporary injunction pending a full trial on the merits. It is further

Certified Document Number: 56746454 - Page 1 of 2

ORDERED that the Plaintiff's bond is hereby set at $ *800.00* , and the temporary restraining order shall issue immediately upon the Plaintiff's posting of said bond. It is further

ORDERED that this temporary restraining order expires on the *8th* day of *August* , 2013 at *10:45* (a.m.)/p.m.

SIGNED this the *25th* day of *July* , 2013 at *10:45 a.m.*

_____
JUDGE PRESIDING



I, Chris Daniel, District Clerk of Harris
County, Texas certify that this is a true and
correct copy of the original record filed and or
recorded in my office, electronically or hard
copy, as it appears on this date.
Witness my official hand and seal of office
this   August 2, 2013

Certified Document Number:        56746454 Total Pages: 2

Chris Daniel, DISTRICT CLERK
HARRIS COUNTY, TEXAS

**In accordance with Texas Government Code 406.013 electronically transmitted authenticated documents are valid. If there is a question regarding the validity of this document and or seal please e-mail support@hcdistrictclerk.com**